# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Tigress Sydney Acute McDaniel, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00610-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Liberty Mutual Insurance Company, et al, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2024 Order.

August 2, 2024

_Katherine H. Simon_

Katherine Hord Simon, Clerk
United States District Court